IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 22-cv-01466-REB-STV

SCOTT MACLAUGHLIN, and
ROBIN MACLAUGHLIN,

      Plaintiffs,

v.

USAA CASUALTY INSURANCE COMPANY,

      Defendant.

## MINUTE ORDER[1]

      This matter is before the court on the following: (1) **USAA Casualty Insurance Company's Motion for Judgment on the Pleadings** [#35][2] filed March 10, 2023; and (2) the **Plaintiffs' Motion for Leave To File Surreply** [#47] filed April 24, 2023.  I deny both motions as moot.

      On February 28, 2024, the plaintiffs, with permission of the court, filed their first amended complaint [#87].  The motion for judgment on the pleadings [#35] concerned the initial complaint [#4] which now has been supplanted and superceded by the first amended complaint [#87].  The motion to file a surreply [#47] concerned a surreply addressing the motion for judgment on the pleadings [#35].  Thus, both the motion for judgment on the pleadings [#35] and the motion to file surreply [#47] now are moot.

      **THEREFORE, IT IS ORDERED** as follows:

      1. That **USAA Casualty Insurance Company's Motion for Judgment on the Pleadings** [#35] is denied as moot; and

      2. That  the **Plaintiffs' Motion for Leave To File Surreply** [#47] is denied as moot.

      Dated: March 5, 2024.

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#35]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.